# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN CARLOS VERDIN-COVARRUBIAS,<br><br>    Defendant. | Case No. 2:25-mj-00235-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, June 30, 2025 at 4:00 p.m., be vacated and continued to August 4, 2025, at the hour of 4:00 p.m.

    DATED this 22nd day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE